UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>DROPBOX, INC.<br>185 BERRY STREET, 4TH FLOOR<br>SAN FRANCISCO, CALIFORNIA  94107<br><br>Dropbox.com accounts associated with the following email addresses and attached URLs:<br><br>Woodsfamilyhome@gmail.com<br><br>Chris@ustechsolutions.com<br><br>cwoods@teksystems.com<br><br>bigmaninpa@gmail.com<br><br>bigmaninpa16@gmail.com<br><br>Chriswoods72@outlook.com<br><br>Chriswoods@synergy.com<br><br>Chris.woods@synergy.com | Magistrate No. *17-1156*<br>[UNDER SEAL] |

MOTION TO SEAL SEARCH WARRANT

      AND NOW comes the United States of America by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and Heidi M. Grogan, Assistant U.S. Attorney and respectfully moves the Court to issue an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters

concerning an ongoing criminal investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

HEIDI M. GROGAN
Assistant United States Attorney
PA ID NO. 203184